IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUGLAS B. STALLEY, On behalf
of the United States of America                                                    PLAINTIFF

vs.                                    CASE NO. **4:06CV00629GH**

CATHOLIC HEALTH INITIATIVES, ET AL.                                  DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered this date, judgment is entered in favor of defendants and against plaintiff. The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-